**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VICTOR RODRIGUEZ AND ELIZABETH                CASE NO.: 6:18-cv-00918-CEM-DCI
RODRIGUEZ,

      Plaintiffs,

vs.

CONVERGENT OUTSOURCING, INC.,

      Defendant.

_____/

**NOTICE OF SETTLEMENT**

     COME NOW, Plaintiffs, VICTOR RODRIGUEZ AND ELIZABETH RODRIGUEZ ("Plaintiffs"), by and through undersigned counsel, and hereby file this Notice of Settlement, and state that Plaintiffs and Defendant, CONVERGENT OUTSOURCING, INC., have come to an amicable settlement agreement.

Date: **October 23, 2018**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 23rd day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    /s/ Christopher W. Boss
                    Christopher W. Boss, Esq.
                    FL Bar No.: 13183
                    Boss Law
                    Service Email:  CPservice@bosslegal.com
                    9887 4th Street N., Suite 202
                    St. Petersburg, FL 33702
                    Phone: (727) 471-0039
                    Fax: (888) 449-8792
                    Counsel for Plaintiffs

1