**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VICTOR RODRIGUEZ AND ELIZABETH RODRIGUEZ,

    Plaintiffs,

vs.

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

CASE NO.: 6:18-cv-00918-CEM-DCI

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, VICTOR RODRIGUEZ AND ELIZABETH RODRIGUEZ, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, CONVERGENT OUTSOURCING, INC., with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/ Charles J. McHale*_____ |
| Christopher W. Boss, Esq. | Charles J. McHale, Esq. |
| Florida Bar No.: 13183 | Fla. Bar No.: 0026555 |
| **BOSS LAW** | **GOLDEN SCAZ GAGAIN, PLLC** |
| Email: cpservice@bosslegal.com | Service Email: cmchale@gsgfirm.com |
| 9887 Fourth Street North, Suite 202 | 201 North Armenia Avenue |
| St. Petersburg, Florida 33702 | Tampa, Florida 33609 |
| Telephone: (727) 471-0039 | Phone: (813) 251-5500 |
| Facsimile: (888) 449-8792 | Fax: (813) 251-3675 |
| *Attorney for Plaintiffs* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Charles J. McHale, Esq.
GOLDEN SCAZ GAGAIN, PLLC
Service Email: cmchale@gsgfirm.com
201 North Armenia Avenue
Tampa, Florida 33609
*Counsel for Defendant*

                                                /s/ Christopher W. Boss
                                                Christopher W. Boss (FBN 13183)